**Fill in this information to identify your case:**

Debtor 1　　**Robert**　　　　**R.**　　　　　**Vela**
　　　　　　First Name　　　　Middle Name　　　Last Name

Debtor 2　　**Sandy**　　　　**E.**　　　　　**Vela**
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number　　**18-50979 SLJ**
(if known)

☐ Check if this is an
　 amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information　　12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:　Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................. | **$954,598.33** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | **$44,516.93** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................. | **$999,115.26** |

## Part 2:　Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$1,355,592.08** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + | **$753,684.28** |
| | **Your total liabilities** | **$2,109,276.36** |

## Part 3:　Summarize Your Income and Expenses

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I........................................................ | **$9,821.76** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................. | **$12,208.18** |

Case: 18-50979　　Doc# 19　　Filed: 05/29/18　　Entered: 05/29/18 15:02:26　　Page 1 of 49

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

7.  **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d.  Student loans.  (Copy line 6f.) | _____ |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | +_____ |
| 9g.  **Total.**  Add lines 9a through 9f. | _____ |

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 2 of 49

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **R.** | **Vela** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sandy** | **E.** | **Vela** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **18-50979 SLJ**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**40 - 44 Linden Rd.**
Street address, if available, or other description

**Watsonville**     **CA**    **95076**
City            State    ZIP Code

**Santa Cruz**
County

**Home**
**2 homes on one parcel of land; Home at 40 Linden Rd.- 3 bedrooms / 2 bathrooms; Home at 44 Linden Rd.- 2 bedroom / 1 bath; Home needs work. There are a lot of drainage issues.**

**What is the property?**
Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:    **050-291-05** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$950,000.00** | **$950,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Owner**

☑ Check if this is community property
(see instructions)

Case: 18-50979     Doc# 19     Filed: 05/29/18     Entered: 05/29/18 15:02:26     Page 3 of 49

| 1.2. | | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

**Timeshare**

**Sol Melia Vacation Club at Gran Melia at Paradisus Cancun; 50 year- 42 years left, Gold, sleeps 4 people, for 1 wk yr.**

What is the property?
Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other _____

County _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,598.33 | $4,598.33 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Owner _____

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......... **→**   | **$954,598.33** |

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

| 3.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

3.1.
Make: **Cadillac**
Model: **Escalade**
Year: **2010**
Approximate mileage: **130,000**
Other information:
**2010 Cadillac Escalade Sport Utility 4D; 910 Car**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,587.50 | $15,587.50 |

3.2.
Make: **Mercedes**
Model: **S550 Sedan 4D**
Year: **2007**
Approximate mileage: **105,000**
Other information:
**2007 Mercedes S550 Sedan 4D; Car will not pass smog test**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $9,680.50 | $9,680.50 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
     entries for pages you have attached for Part 2. Write that number here.........................➔     $25,268.00

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware
     ☐ No
     ☑ Yes. Describe.....  **See continuation page(s).**                                                   $1,550.00

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
                 music collections; electronic devices including cell phones, cameras, media players, games
     ☐ No
     ☑ Yes. Describe.....  **See continuation page(s).**                                                   $2,049.99

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
                 stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
     ☑ No
     ☐ Yes. Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
                 canoes and kayaks; carpentry tools; musical instruments
     ☐ No
     ☑ Yes. Describe.....  **Sports equipment**                                                            $75.00

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
     ☑ No
     ☐ Yes. Describe.....

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
     ☐ No
     ☑ Yes. Describe.....  **Clothing**                                                                    $500.00

12.  **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
                 gold, silver
     ☐ No
     ☑ Yes. Describe.....  **Costume jewelry, 5 silver rings, wedding rings, fitbit watch, 1 fossil watch, 1    $2,500.00
                            Bulova watch, 1 gold ring and 10 silver necklaces.**

13.  **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ☐ No
     ☑ Yes. Describe.....  **1 pet dog, a cat and a bunny rabbit.**                                         $0.00

14.  **Any other personal and household items you did not already list, including any health aids you
     did not list**
     ☑ No
     ☐ Yes. Give specific
       information.............

Case 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 5 of 49

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here........................................................................➔ | $6,674.99

---

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☐ No
- ☑ Yes.................................................................................................. Cash: ........................ | $20.00

**Cash on hand.  Amt: $20.00**

**Paypal account; Zero balance on day of filing.  Amt: $0.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

- ☐ No
- ☑ Yes...........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | Wells Fargo Bank checking account # -1236 | ($342.74) |
| 17.2. | Checking account: | Bank of America checking account # -0105 | $246.68 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- ☑ No
- ☐ Yes...........................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

- ☐ No
- ☑ Yes.  Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Move Capital, LLC | 50% | $0.00 |
| VS Development, LLC | 50% | $0.00 |
| Vela Estates, Inc. | 100% | $0.00 |
| Patria Development, LLC | 50% | $0.00 |
| Central Coast Mortgage, Inc. | 100% | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

- ☑ No
- ☐ Yes.  Give specific information about them..........................   Issuer name:

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 6 of 49

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each
account separately.   Type of account:   Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.......................   Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.......................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.......................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                                 _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                                 _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                                 _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years......................

**Federal:** 2017 taxes are still being prepared.  Amt: **Unknown**

**State:** 2017 taxes are still being prepared.  Amt: Unknown

| | |
|---|---|
| Federal: | Unknown |
| State: | Unknown |
| Local: | $0.00 |

Case 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 7 of 49

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☑ No
- ☐ Yes. Give specific information

|  |  |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☐ No
- ☑ Yes. Give specific information   **Open escrows: $3,500.00 commission to close 05/18/18 and $4,550.00 commission to close 05/28/18**    $8,050.00

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

- ☑ No
- ☐ Yes. Give specific information    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

- ☑ No
- ☐ Yes. Describe each claim........    _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

- ☑ No
- ☐ Yes. Describe each claim........    _____

**35. Any financial assets you did not already list**

- ☑ No
- ☐ Yes. Give specific information    _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................** ➔   **$7,973.94**

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

- ☐ No. Go to Part 6.
- ☑ Yes. Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☐ No
☑ Yes.  Describe..  **Received check on 04/26/18 for escrow closing on 529 Park St., Salinas;
Deposited check after filing BK**                                                    $4,600.00

39.  **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

41.  **Inventory**

☑ No
☐ Yes.  Describe..

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                              % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here**................................................................➔    $4,600.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.  **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 9 of 49

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................          _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                            _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                            _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................          _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6. Write that number here**................................................................➔  | $0.00 |

---

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................➔  | $0.00 |

---

**Part 8:  List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ..........................................................................➔        **$954,598.33**

56. Part 2: Total vehicles, line 5                    **$25,268.00**

57. Part 3: Total personal and household items, line 15        **$6,674.99**

58. Part 4: Total financial assets, line 36            **$7,973.94**

59. Part 5: Total business-related property, line 45      **$4,600.00**

60. Part 6: Total farm- and fishing-related property, line 52    **$0.00**

61. Part 7: Total other property not listed, line 54    +   **$0.00**

62. **Total personal property.**   Add lines 56 through 61................  | **$44,516.93** |   Copy personal    ➔  + | **$44,516.93** |
                                                                                                property total

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62...................................  | **$999,115.26** |

Case 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 10 of
49

**6.** <u>Household goods and furnishings (details):</u>

Household furnishings and appliances         **$1,500.00**

Books, records, CD's and DVD's         **$50.00**

**7.** <u>Electronics (details):</u>

Personal computer and printer (used for business), TV's, DVD palyer         **$1,000.00**

1 iphone X         **$999.99**

iPhone 6s Plus with a cracked screen.         **$50.00**

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert** | **R.** | **Vela** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sandy** | **E.** | **Vela** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **18-50979 SLJ**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Home**<br>**2 homes on one parcel of land; Home at 40 Linden Rd.- 3 bedrooms / 2 bathrooms; Home at 44 Linden Rd.- 2 bedroom / 1 bath; Home needs work. There are a lot of drainage issues.**<br>**Parcel: 050-291-05**<br>Line from *Schedule A/B*: __1.1__ | **$950,000.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2017 taxes are still being prepared** <br><br> Line from *Schedule A/B*:  __28__ | **Unknown** | ☑  __$0.00__ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **2017 taxes are still being prepared** <br><br> Line from *Schedule A/B*:  __28__ | **Unknown** | ☑  __$0.00__ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Open escrows: $3,500.00 commission to close 05/18/18 and $4,550.00 commission to close 05/28/18** <br> Line from *Schedule A/B*:  __30__ | **$8,050.00** | ☑  __$8,050.00__ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Received check on 04/26/18 for escrow closing on 529 Park St., Salinas; Deposited check after filing BK** <br> Line from *Schedule A/B*:  __38__ | **$4,600.00** | ☑  __$4,600.00__ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 13 of 49

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **R.** | **Vela** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sandy** | **E.** | **Vela** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **18-50979 SLJ**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

**Part 1:**   **List All Secured Claims**

---

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**AT&T**
Creditor's name
**PO Box 10330**
Number        Street

Describe the property that secures the claim:

**1 iphone X**

| | | |
|---|---|---|
| $1,100.00 | $999.99 | $100.01 |

| | | |
|---|---|---|
| **Fort Wayne** | **IN** | **46851-0330** |
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

**Loan for cell phone**

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| $1,100.00 |

Case: 18-50979    Doc# 19    Filed: 05/30/18    Entered: 05/30/18 15:02:26    Page 14 of 49

| Debtor 1 | Robert R. Vela | | |
|---|---|---|---|
| Debtor 2 | Sandy E. Vela | Case number (if known) | 18-50979 SLJ |

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | | Describe the property that secures the claim: | $14,056.46 | $950,000.00 | |

**Franchise Tax Board**
Creditor's name
**Special Procedures**
Number     Street
**PO Box 2952**

**Property**

**Sacramento     CA     95812-2952**
City          State     ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred     **03/13/2015**     Last 4 digits of account number     ___ ___ ___ ___

**Tax year 2013**

| 2.3 | | Describe the property that secures the claim: | $7,821.00 | $950,000.00 | |

**Freddie Campos, Jr.**
Creditor's name
**c/o Robert H. Darrow, Esq.**
Number     Street
**149 Josephine St., Ste. A**

**Home**

**Santa Cruz     CA     95060**
City          State     ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred     **03/16/10**     Last 4 digits of account number     ___ ___ ___ ___

**Case # PR 044847; Lien paid in 2008; Buisness debt**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $21,877.46 |
|---|

Case: 18-50979     Doc# 19     Filed: 05/29/18     Entered: 05/29/18 15:02:26     Page 15 of 49

| Debtor 1 | Robert R. Vela | | |
|---|---|---|---|
| Debtor 2 | Sandy E. Vela | Case number (if known) | 18-50979 SLJ |

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.4**

**Hector & Maria Sandoval**
Creditor's name
**189 Manana Land**
Number     Street

Describe the property that secures the claim:

**Home**

Column A: **$100,000.00**  Column B: **$950,000.00**

**Watsonville     CA     95076**
City          State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred     **05/26/15**     Last 4 digits of account number _____ _____ _____ _____

**Second Deed of Trust; Business debt**

**2.5**

**Internal Revenue Service**
Creditor's name
**Centralized Insolvency Operations**
Number     Street
**PO Box 7346**

Describe the property that secures the claim:

**Property**

Column A: **$86,630.28**  Column B: **$990,065.27**  Column C: **$68,300.85**

**Philadelphia     PA     19101**
City          State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred     **01/05/18**     Last 4 digits of account number _____ _____ _____ _____

**Dischargeable- taxes from 2011, 2012 & 2013; Lien placed on 01/05/18**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$186,630.28**

| Debtor 1 | Robert R. Vela | | |
|----------|----------------|--|--|
| Debtor 2 | Sandy E. Vela | Case number (if known) | **18-50979 SLJ** |

| | | Column A | Column B | Column C |
|--|--|----------|----------|----------|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

**2.6**

John Wuu & Sze-Ying Wuu

Creditor's name

c/o Michael J. Barsi, Esq.

Number    Street

Law Office of Michael J. Barsi

8070 Soquel Drive, Suite 210

Aptos                 CA    95003

City                State    ZIP Code

**Describe the property that secures the claim:**  $56,953.06    $950,000.00    $56,953.06

**Home**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Date debt was incurred**    07/25/17    **Last 4 digits of account number**    ___  ___  ___  ___

**Case # 17CV00411; Business debt**

**2.7**

Mechanics Bank Auto Finance Div.

Creditor's name

aka CRB Auto

Number    Street

P.O. Box 98541

Las Vegas             NV    89193

City                State    ZIP Code

**Describe the property that secures the claim:**  $21,740.53    $15,587.50    $6,153.03

**2010 Cadillac Escalade Sport Utility 4D (approx. 1**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Date debt was incurred**    11/13/2016    **Last 4 digits of account number**    1  0  0  1

**910 Car**

Add the dollar value of your entries in Column A on this page. Write that number here:            $78,693.59

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 17 of 49

| Debtor 1 | Robert R. Vela | | |
|---|---|---|---|
| Debtor 2 | Sandy E. Vela | Case number (if known) | 18-50979 SLJ |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.8**

**PennyMac Loan Services**
Creditor's name
**Attn: Bankruptcy**
Number     Street
**PO Box 514357**

**Los Angeles     CA     90051**
City          State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **02/04/15**

Describe the property that secures the claim:     **$620,727.65**     **$950,000.00**
**Home**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number     4   6   5   6

1st Deed of Trust; Trial loan modification

---

**2.9**

**Santa Cruz County Tax Collector**
Creditor's name
**Room 150 County Government Cente**
Number     Street

**Santa Cruz     CA     95061**
City          State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **2014-2015**

Describe the property that secures the claim:     **$414.76**     **$950,000.00**     **$414.76**
**Home**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number     ___  ___  ___  ___

**Taxes 2014-2015; Lien 07/19/2016 on Debtor's home; Debt is property taxes owed on a property that was owned by one of the debtor's companies and has been foreclosed**

Add the dollar value of your entries in Column A on this page. Write that number here:     **$621,142.41**

Case: 18-50979     Doc# 19     Filed: 05/29/18     Entered: 05/29/18 15:02:26     Page 18 of<br>49

| Debtor 1 | Robert R. Vela | | |
|---|---|---|---|
| Debtor 2 | Sandy E. Vela | Case number (if known) | 18-50979 SLJ |

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.10**

Vincent Liu
Creditor's name
c/o Jeffrey P. Widman, Esq.
Number     Street
Law Offices of Jeffrey P. Widman

101 Race Street, Suite 100

San Jose        CA     95126
City                    State   ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**   04/25/16

Describe the property that secures the claim:
**Home**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: **$310,000.00**
Column B: **$950,000.00**
Column C: **$102,605.11**

**Full Plaintiff: Vincent Liu & Black Stallion Investments, LLC; Case # 115Cv277601; Business debt**

**2.11**

Wells Fargo Dealer Services
Creditor's name
MAC T9017-026
Number     Street
PO Box 168048

Irving            TX     75016-8048
City                    State   ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**   09/23/2013

Describe the property that secures the claim:
**2007 Mercedes S550 Sedan 4D (approx. 105,000 miles)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number**   1  9  9  1

Column A: **$6,148.34**
Column B: **$9,680.50**

**Arrears $1,633.30**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$316,148.34**

Case: 18-50979     Doc# 19     Filed: 05/29/18     Entered: 05/29/18 15:02:26     Page 19 of 49

| Debtor 1 | Robert R. Vela | | | |
|---|---|---|---|---|
| Debtor 2 | Sandy E. Vela | | Case number (if known) | 18-50979 SLJ |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.12 | | Describe the property that secures the claim: | $130,000.00 | $950,000.00 | $130,000.00 |
|---|---|---|---|---|---|

**YuZhong Dai**
Creditor's name

**10374 Melissa Ct.**
Number       Street

**Home**

**Cupertino        CA     95014**
City              State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** 05/25/17        **Last 4 digits of account number** ___ ___ ___ ___

**3rd Deed of Trust; 40% business debt**

Add the dollar value of your entries in Column A on this page. Write that number here:

$130,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$1,355,592.08

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 7

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **R.** | **Vela** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sandy** | **E.** | **Vela** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **18-50979 SLJ**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | **$0.00** | **$0.00** | **$0.00** |

**Franchise Tax Board**
Priority Creditor's Name
**Special Procedures**
Number        Street
**PO Box 2952**

**Sacramento            CA        95812-2952**
City                     State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**2017 unknown amount**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| Debtor 1 | Robert R. Vela | | |
|----------|----------------|---|---|
| Debtor 2 | Sandy E. Vela | Case number (if known) | 18-50979 SLJ |

## Part 1:    Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

| | | $0.00 | $0.00 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operations**
Number        Street
**PO Box 7346**

| | | |
|---|---|---|
| **Philadelphia** | **PA** | **19101** |
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2017- unknown amount**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Case: 18-50979        Doc# 19        Filed: 05/29/18        Entered: 05/29/18 15:02:26        Page 22 of 49

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

**Abbott, Stringham & Lynch**
Nonpriority Creditor's Name
**1530 Meridian Ave, 2nd Floor**
Number        Street

**San Jose              CA      95125**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

$7,966.20

**Last 4 digits of account number**    7   7   0   4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Goods and services**

### 4.2

**American Express**
Nonpriority Creditor's Name
**PO Box 981532**
Number        Street

**El Paso                TX      79998**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00

**Last 4 digits of account number**    __   __   __   __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 23 of 49

| Debtor 1 | **Robert R. Vela** | | |
|---|---|---|---|
| Debtor 2 | **Sandy E. Vela** | Case number (if known) | **18-50979 SLJ** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

**$613.00**

**Capital One**
Nonpriority Creditor's Name
**15000 Capital One Drive**
Number        Street

**Richmond**            **VA**    **23238**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1    8    7    5**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Credit Card**

**4.4**

**$23,902.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Correspondence**
Number        Street
**PO Box 15278**

**Wilmington**            **DE**    **19850**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4    2    7    3**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Credit Card**

**4.5**

**$771.00**

**Citibank/ The Home Depot**
Nonpriority Creditor's Name
**Citicorp Cr Srvs/ Centralized**
Number        Street
**Bankruptcy**

**PO Box 790040**

**St Louis**            **MO**    **63129**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2    4    2    2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Charge Account**

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 24 of 49

| Debtor 1 | **Robert R. Vela** | | |
|----------|---------|---|---|
| Debtor 2 | **Sandy E. Vela** | Case number (if known) | **18-50979 SLJ** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

**4.6**

| | **$0.00** |
|---|---|

**Citicards Cbna**
Nonpriority Creditor's Name
**PO Box 6241**
Number          Street

**Sioux Falls          SD      57117**
City                         State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     6   9   5   5

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

**4.7**

| | **$1,863.40** |
|---|---|

**Club Melia**
Nonpriority Creditor's Name
**9500 S. Dadeland Blvd., Suite 3000**
Number          Street

**Miami          FL      33156**
City                 State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Timeshare maintenance fees**

**Last 4 digits of account number**     __  __  __  __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Arrearage**

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 25 of
49

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.8**

**$3,553.00**

**Costco Go Anywhere Citicard**
Nonpriority Creditor's Name
**Centralized BK/Citicorp Credit Card Srvs**
Number   Street
**PO Box 790040**

**St Louis**     **MO**    **63179**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7**   **1**   **4**   **2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

---

**4.9**

**$35,645.30**

**Ernesto Castro, Jr.**
Nonpriority Creditor's Name
**c/o Aerin Murphy**
Number   Street
**Hudson, Martin, Ferrante, Street, et al.**

**490 Calle Principal**

**Monterey**     **CA**    **93940**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Case # 17CV000053**

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   **01/05/17**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Lawsuit**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.10
**Hubert Yu**
Nonpriority Creditor's Name
**c/o Michael E. Stone**
Number    Street
**Siegel Law Firm**

**1726 Seabright Ave.**

**Santa Cruz          CA      95062**
City                State    ZIP Code

**$120,000.00**

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Lawsuit**

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**17CV03217; Full name of plaintiff: Hubert Yu, Trustee of the Yuan Holding LLC Pension Plan Trust; Full name of defendant: Robert Vela, Sandy Vela, Central Coast Mortgage LLC, VS Development LLC, Does 1-10; Case # 17CV03217; Business debt**

### 4.11
**Kohl's/ Capital One**
Nonpriority Creditor's Name
**Kohl's Credit**
Number    Street
**P.O. Box 3043**


**Milwaukee            WI      53201-3043**
City                State    ZIP Code

**$875.00**

Last 4 digits of account number    5   2   8   1

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 27 of 49

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| **4.12** | | **$19,644.46** |
| --- | --- | --- |

**Leonel Martinez**
Nonpriority Creditor's Name
**c/o David Cortez**
Number       Street
**32 E. Alisal St., #209**

**Salinas**          **CA**      **93901**
City                State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Case # M70139; Renewal of Judgment 12/09/14**

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?   **03/01/05**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Lawsuit**

| **4.13** | | **$2,663.00** |
| --- | --- | --- |

**LVNV Funding/ Resurgent Capital**
Nonpriority Creditor's Name
**PO Box 10497**
Number       Street

**Greenville**        **SC**      **29603**
City                State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **4   9   0   5**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Factoring Company Account Credit One Bank N.A.**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.14 | | **$31,675.00** |
|---|---|---|

**Mark Stephens**
Nonpriority Creditor's Name
**c/o Brad C. Brereton**
Number    Street
**Brereton Law Office**

**1362 Pacific Ave, Suite 220**

**Santa Cruz**    **CA**    **95060**
City         State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Case # 17CV00430**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**    **02/09/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Lawsuit**

| 4.15 | | **$0.00** |
|---|---|---|

**Michael Smith**
Nonpriority Creditor's Name
**Manning & Kass**
Number    Street
**Ellrod, Ramirez, Trester LLP**

**333 Bush St., 27th Floor**

**San Francisco**    **CA**    **94104**
City         State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Cases # 17CV00430 & # 17CV000053; Attorney for Debtors**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Professional services**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.16 | | $324,938.41 |
|---|---|---|

**Miguel Soriano**
Nonpriority Creditor's Name
**504 Winchester Dr.**
Number        Street

_____

| **Watsonville** | **CA** | **95076** |
|---|---|---|
City        State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   **08/21/2009**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Agreement**

**Case # 18CV01220 (amount includes the accrued interest); Business debt**

| 4.17 | | $98,033.56 |
|---|---|---|

**Pablo Romero**
Nonpriority Creditor's Name
**c/o James J. Cook, Esq.**
Number        Street
**Horan LLoyd**

**26385 Carmel Rancho Blvd, Ste 200**

| **Carmel** | **CA** | **93923** |
|---|---|---|
City        State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   **07/03/17**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Lawsuit**

**Case # 17CV001497; Business debt**

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 30 of
49

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.18 | | **$4,928.00** |
|---|---|---|

**Rocio D. Rivera**
Nonpriority Creditor's Name
**471 Main St.**
Number          Street

_____

**Watsonville          CA     95076**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Case # WS050324; Small claims; Both parties Pro Se**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Lawsuit**

| 4.19 | | **$2,818.00** |
|---|---|---|

**Target**
Nonpriority Creditor's Name
**c/o Financial & Retail Srvs**
Number          Street
**Mailstopn BT POB 9475**

_____

**Minneapolis          MN     55440**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   2   8   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
| --- |

| 4.20 | | **$13,000.00** |
| --- | --- | --- |

**Terra Law LLP**
Nonpriority Creditor's Name

**50 W. San Fernando St., Suite 1415**
Number        Street

_____

| **San Jose** | **CA** | **95113** |
| --- | --- | --- |
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Re lawsuit Vincent Lui and Black Stallion Investments, LLC**

Last 4 digits of account number   **6   8   3   6**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Attorney Fees**

| 4.21 | | **$1,852.00** |
| --- | --- | --- |

**Visa Dept. Store National**
Nonpriority Creditor's Name

**Bank/ Macy's**
Number        Street

**Attn: Bankruptcy**

**PO Box 8053**

| **Mason** | **OH** | **45040** |
| --- | --- | --- |
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   1   0   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.22 | | **$50,000.00** |
|---|---|---|

**VS Development, LLC**
Nonpriority Creditor's Name

**40 Linden Rd.**
Number      Street

_____

**Watsonville          CA     95076**
City                             State     ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Capital Contribution owed by debtors**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

| 4.23 | | **$342.74** |
|---|---|---|

**Wells Fargo Bank, N.A. (114)**
Nonpriority Creditor's Name

**P.O. Box 6995**
Number      Street

_____

**Portland          OR     97228-6995**
City                             State     ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1   2   3   6

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Checking Account**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.24**    **$4,927.78**

**Wells Fargo SBL**
Nonpriority Creditor's Name
**PO Box 29482**
Number    Street

Last 4 digits of account number    **2    4    8    8**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Phoenix                AZ        85038-8650**
City                    State    ZIP Code

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

**Card in VS Development, LLC's name**

**4.25**    **$3,672.43**

**Wells Fargo SBL**
Nonpriority Creditor's Name
**PO Box 29482**
Number    Street

Last 4 digits of account number    **2    4    7    0**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Phoenix                AZ        85038-8650**
City                    State    ZIP Code

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

**Card in VS Development, LLC's name**

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 34 of
49

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Atty Gen, US Dept of Justice**
Name
**Civil Trial Sec., Western Reg.**
Number       Street
**PO Box 683, Ben Franklin Stat.**

**Washington          DC      20044**
City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**ChexSystems**
Name
**Consumer Relations**
Number       Street
**7805 Hudson Rd., #100**

**Woodbury          MN      55125**
City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Hector & Maria Sandoval**
Name
**189 Manana Land**
Number       Street

**Watsonville          CA      95076**
City                              State      ZIP Code

**Members of VS Development, LLC; Each has 25%**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Hubert Yu**
Name
**c/o Pacific Elite Fund, Inc.**
Number       Street
**1260 Oakmead Pkwy, Suite 210**

**Sunnyvale          CA      94085**
City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Internal Revenue Service**
Name
**Insolvency, MS 5420/5430**
Number       Street
**Special Procedures**

**55 S. Market St.**

City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Josefina Garcia-Ledezma**
Name
**44 Linden Rd.**
Number    Street

**Watsonville**    **CA**    **95076**
City    State    ZIP Code

**Renter**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Mechanics Bank**
Name
**aka CRB Auto**
Number    Street
**Attn: Legal Dept**

**PO Box 253850**

**Santa Ana**    **CA**    **92799**
City    State    ZIP Code

**Another address**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1   0   0   1

---

**Melissa C. Shaw**
Name
**The Grunsky Law Firm PC**
Number    Street
**240 Westgage Dr.**

**Watsonville**    **CA**    **95076**
City    State    ZIP Code

**Case # 17CV03217: Attorney for VS Development, LLC**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Miguel A. Soriano-Treu**
Name
**c/o Law Office Of Tony Escareno**
Number    Street
**54 Penny Ln.**

**Watsonville**    **CA**    **95076**
City    State    ZIP Code

**Creditor obtained attorney after BK case filed.**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Mortgage Electronic Registration Systems**
Name
**acting for Bay Equity LLC**
Number    Street
**2300 Clayton Road, Suite 450**

**Concord**    **CA**    **94520**
City    State    ZIP Code

**1st Deed of Trust (Another address)**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

## Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Pablo Romero**
Name
**25 Carmel Ave**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Salinas**        **CA**    **93907**
City             State    ZIP Code

**Member of Patria Development, LLC; Has 50%**

**Pamela D. Simmons**
Name
**Law Office of Simmons & Purdy**
Number    Street
**2425 Porter Street, Suite 10**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Professional services**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Soquel**        **CA**    **95073**
City             State    ZIP Code

**Case # 17CV03217; Attorney for Debtors**

**Roy Tovar**
Name
**7 Packard Lane**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Watsonville**    **CA**    **95076**
City             State    ZIP Code

**Debt of Central Coast Mortgage. Inc.**

**U.S. Atty, Chief Tax Division**
Name
**450 Golden Gate Ave.**
Number    Street
**10th Floor, Box 36055**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Francisco**    **CA**    **94102**
City             State    ZIP Code

**Wells Fargo Dealer Services**
Name
**Attn: Bankruptcy**
Number    Street
**PO Box 19657**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _1_ _9_ _9_ _1_

**Irvine**        **CA**    **92623**
City             State    ZIP Code

**Another address**

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.    **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$0.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + **$0.00** |
|  | 6e. | **Total.**    Add lines 6a through 6d. | 6d. **$0.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. **$0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + **$753,684.28** |
|  | 6j. | **Total.**    Add lines 6f through 6i. | 6j. **$753,684.28** |

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 38 of 49

Fill in this information to identify your case:

Debtor 1     **Robert**          **R.**            **Vela**
             First Name          Middle Name       Last Name

Debtor 2     **Sandy**           **E.**            **Vela**
(Spouse, if filing) First Name   Middle Name       Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number     **18-50979 SLJ**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

    **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 39 of 49

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** First Name | **R.** Middle Name | **Vela** Last Name |
| Debtor 2 (Spouse, if filing) | **Sandy** First Name | **E.** Middle Name | **Vela** Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number (if known)    **18-50979 SLJ**

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?    **California**    Fill in the name and current address of that person.

      **Sandy E. Vela**
      Name of your spouse, former spouse, or legal equivalent
      **40 Linden Road**
      Number        Street

      **Watsonville**                          **CA**          **95076**
      City                                                    State            ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**                                    *Column 2:*  **The creditor to whom you owe the debt**

                                                                    Check all schedules that apply:

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 40 of 49

Case: 18-50979   Doc# 19   Filed: 05/29/18   Entered: 05/29/18 15:02:26   Page 41 of
49

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **R.** | **Vela** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sandy** | **E.** | **Vela** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DIST. OF CALIFORNIA** | | |
| Case number (if known) | **18-50979 SLJ** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| Occupation | | **Manager** | **Real Estate Agent** |
| Employer's name | | **MOVE Capital, LLC** | **County of Santa Clara** |
| Employer's address | | **1961 Main St., #134** | **70 W. Hedding Street** |
| | | Number  Street | Number  Street |
| | | **Watsonville    CA    95076** | **San Jose    CA    95110** |
| | | City          State  Zip Code | City          State  Zip Code |
| How long employed there? | | **2 months** | **Started 04/23/2018** |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form.  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $5,936.32 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $0.00 | $5,936.32 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | Copy line 4 here ............................................. ➔ | 4. | $0.00 | $5,936.32 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $1,262.88 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $356.18 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $89.05 |
| 5h. | Other deductions. Specify: **See continuation sheet** | 5h.+ | $0.00 | $86.45 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $1,794.56 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $4,141.76 |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br><br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $1,680.00 | $0.00 |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br><br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive<br><br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: **Broker commissions** | 8h.+ | $0.00 | $4,000.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,680.00 | $4,000.00 | |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,680.00 + | $8,141.76 = | $9,821.76 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12. $9,821.76
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: **See continuation sheet.**

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 42 of 49

1.  **Additional Employers** _Debtor 1_                                    Debtor 2 or non-filing spouse

    Occupation              **Manager**                                    **Manager**

    Employer's name         **VS Development, LLC**                        **VS Development, LLC**

    Employer's address      **1961 Main St., #134**                        **1961 Main St., #134**

    _____    _____

    **Watsonville**          **CA**    **95076**        **Watsonville**          **CA**    **95076**

    City                     State     Zip Code         City                     State     Zip Code

    How long employed there?    **3 years**                               **3 years**

    Occupation              _____    **CEO**

    Employer's name         _____    **Vela Estates, Inc.**

    Employer's address      _____    **40 Linden Rd.**

    _____    _____

                                                        **Watsonville**          **CA**    **95076**

    City                     State     Zip Code         City                     State     Zip Code

    How long employed there?    _____    **5 years**

| 5h. **Other Payroll Deductions (details)** | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Disability** | | **$59.37** |
| **Mandatory Retiree Med Liability Contrib** | | **$27.08** |
| Totals: | **$0.00** | **$86.45** |

13.  **Expected increase or decrease within the year after you file this form:**

     Co-debtor estimates $18,000.00 in commissions in the next 4-6 months.  Co-debtor's commission income is very sporadic.  Co-debtor receives passthrough KI income as well from their companies.  Debtor only receives passthrough K1 income from their companies.

8a. Attached Statement (Debtor 1)

### Rent 2nd home on property

**Gross Monthly Income:** $1,880.00

| Expense | Category | Amount |
|---------|----------|--------|
| Alternative septic maintenance | Maintenance | **$200.00** |

**Total Monthly Expenses** $200.00

**Net Monthly Income:** $1,680.00

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 44 of 49

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **R.** | **Vela** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sandy** | **E.** | **Vela** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number (if known) **18-50979 SLJ**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 14 | ☐ No  ☑ Yes |
| Daughter | 8 | ☐ No  ☑ Yes |
| Son | 20 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   4.      **$3,236.15**

   If not included in line 4:

   4a. Real estate taxes      4a. _____

   4b. Property, homeowner's, or renter's insurance      4b. _____

   4c. Home maintenance, repair, and upkeep expenses      4c. _____

   4d. Homeowner's association or condominium dues      4d. _____

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 45 of 49

**Your expenses**

| | | | | | |
|---|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. | | |
| 6. | **Utilities:** | | | | |
| | 6a. Electricity, heat, natural gas | | 6a. | | **$250.00** |
| | 6b. Water, sewer, garbage collection | **(See continuation sheet(s) for details)** | 6b. | | **$175.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | **(See continuation sheet(s) for details)** | 6c. | | **$350.00** |
| | 6d. Other. Specify: __Security__ | | 6d. | | **$75.00** |
| 7. | **Food and housekeeping supplies** | **(See continuation sheet(s) for details)** | 7. | | **$1,140.00** |
| 8. | **Childcare and children's education costs** | **(See continuation sheet(s) for details)** | 8. | | **$1,760.91** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | | **$200.00** |
| 10. | **Personal care products and services** | | 10. | | **$50.00** |
| 11. | **Medical and dental expenses** | | 11. | | **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | | **$1,000.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | | |
| 14. | **Charitable contributions and religious donations** | | 14. | | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. Life insurance | | 15a. | | |
| | 15b. Health insurance | | 15b. | | |
| | 15c. Vehicle insurance | | 15c. | | **$576.00** |
| | 15d. Other insurance. Specify: | | 15d. | | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: __Taxes on comission income__ | | 16. | | **$1,200.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. Car payments for Vehicle 1 **Car loan** | | 17a. | | **$837.59** |
| | 17b. Car payments for Vehicle 2 **Car loan** | | 17b. | | **$541.36** |
| | 17c. Other. Specify: | | 17c. | | |
| | 17d. Other. Specify: | | 17d. | | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | | |

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 46 of 49

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | **$50.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.** Specify: **See continuation sheet**  21. + **$666.17**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$12,208.18** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$12,208.18** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$9,821.76** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | **$12,208.18** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($2,386.42)** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☒ Yes. Explain here:
> **Mortgage payment includes property taxes and property insurance. Mortgage payment amount is a trial loan modification. Have health insurance with co-debtor's new job. 20 year old son lives at home and attends college and does not work currently so parents pay all expenses except tuition since he has financial aid.**

**6b.   <u>Water, sewer, garbage collection (details):</u>**

| | |
|---|---|
| **Garbage** | **$75.00** |
| **Water &sewer** | **$100.00** |

**Total:**   <u>**$175.00**</u>

**6c.   <u>Telephone, cell phone, Internet, satellite, and cable services (details):</u>**

| | |
|---|---|
| **Cell phones** | **$250.00** |
| **Cable** | **$100.00** |

**Total:**   <u>**$350.00**</u>

**7.   <u>Food and housekeeping supplies (details):</u>**

| | |
|---|---|
| **Food** | **$1,000.00** |
| **Food away from home** | **$100.00** |
| **Housekeeping supplies** | **$40.00** |

**Total:**   <u>**$1,140.00**</u>

**8.   <u>Childcare and children's education costs (details):</u>**

| | |
|---|---|
| **School tuition 8 year old daughter** | **$580.00** |
| **School tuition 14 year old son** | **$1,180.91** |

**Total:**   <u>**$1,760.91**</u>

**21.   <u>Other.  Specify:</u>**

| | |
|---|---|
| **Pets** | **$150.00** |
| **Maintance fee- timeshare** | **$141.17** |
| **Son- 20 years old** | **$300.00** |
| **Grooming** | **$75.00** |

**Total:**   <u>**$666.17**</u>

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 48 of 49

**Fill in this information to identify your case:**

Debtor 1    **Robert**      **R.**      **Vela**
          First Name       Middle Name      Last Name

Debtor 2    **Sandy**      **E.**      **Vela**
(Spouse, if filing)   First Name       Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number    **18-50979 SLJ**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Robert R. Vela** _____
    Robert R. Vela, Debtor 1

Date **05/29/2018**
     MM / DD / YYYY

X **/s/ Sandy E. Vela** _____
    Sandy E. Vela, Debtor 2

Date **05/29/2018**
     MM / DD / YYYY

Case: 18-50979    Doc# 19    Filed: 05/29/18    Entered: 05/29/18 15:02:26    Page 49 of 49