Entered on Docket
October 23, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

**The following constitutes the order of the Court.
Signed: October 22, 2018**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | |
| ROBERT R. AND SANDY E. VELA, ) | Bankruptcy No. 18-50979 |
| ) | |
| Debtors. ) | |
| _____ ) | HON. STEPHEN L. JOHNSON |

## ORDER AVOIDING LIEN IMPAIRING EXEMPTION
### (Wuu)

This matter came before the court ex parte on the motion of the debtor to avoid the lien of judgment creditor John Wuu. The motion was accompanied by a declaration of counsel that no opposition to the motion was received within the time set forth in the motion. Accordingly, the court finds good cause for the relief sought and it is ordered that the judgment creditor of John Wuu as recorded with the County Recorder of Santa Cruz County on July 25, 2017 as Recorder's Series Number 2017-0024319 is hereby avoided and of no further force and effect as to the debtor's residence, commonly known as 41-44 Linden, Watsonville, CA , and described more fully as follows:

| | |
|---|---|
| 1 | The land referred to is situated in the unincorporated area of the County of Santa |
| 2 | Cruz, State of California, and is described as follows: |
| 3 | Being a part of the Rancho Corralitos, as described: |
| 4 | Beginning on the South side of a 20.00 strip of land conveyed to J. W. Griffin by |
| 5 | deed recorded April 1, 1919, in Volume 286, at Page 285, Deeds of Santa Cruz |
| 6 | County, California, and a station from which the Southwest corner of said 20.00 |
| 7 | foot strip of land bears South 89° 55' East 638.55 feet; thence along the South |
| 8 | boundary of said 20.00 foot strip of land (1) North 89° 55' East 212.85 feet; thence |
| 9 | leaving said last named land (2) South 16 ° 0' East 233.65 feet; thence (3) South 89° |
| 10 | 55' West 212.85 feet; thence (4) North 16° 0' West 233.65 feet to the point of |
| 11 | beginning. |
| 13 | Assessor's Parcel Number: 050-291-05 |
| 14 | **END OF ORDER** |

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | John Wuu |
|   | 4421 Opal Court |
| 3 | Fremont, CA 94539 |
| 4 | John Wuu |
|   | c/o Michael J. Barsi, Esq. |
| 5 | Law Office of Michael J. Barsi |
|   | 8070 Soquel Drive, Suite 210 |
| 6 | Aptos, CA 95003 |
| 7 | |
|   | The rest of the participants are ECF filers. |
| 8 | |