

Entered on Docket
October 23, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

The following constitutes the order of the Court.
Signed: October 22, 2018

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 7 |
| ROBERT R. AND SANDY E. VELA, | Bankruptcy No. 18-50979 |
| Debtors. | HON. STEPHEN L. JOHNSON |

## ORDER AVOIDING LIEN IMPAIRING EXEMPTION
### (LIU)

This matter came before the court ex parte on the motion of the debtor to avoid the lien of judgment creditor Vincent Liu and Black Stallion Investment, LLC. The motion was accompanied by a declaration of counsel that no opposition to the motion was received within the time set forth in the motion. Accordingly, the court finds good cause for the relief sought and it is ordered that the judgment creditor of Vincent Liu and Black Stallion Investment, LLC as recorded with the County Recorder of Santa Cruz County on April 25, 2016 as Recorder's Series Number 2016-0014110 is hereby avoided in the amount of $214,672 and of no further force and effect as to the debtor's residence, commonly known

1  as 41-44 Linden, Watsonville, CA , and described more fully as follows:
2  The land referred to is situated in the unincorporated area of the County of Santa
3  Cruz, State of California, and is described as follows:
4  Being a part of the Rancho Corralitos, as described:
5  Beginning on the South side of a 20.00 strip of land conveyed to J. W. Griffin by
6  deed recorded April 1, 1919, in Volume 286, at Page 285, Deeds of Santa Cruz
7  County, California, and a station from which the Southwest corner of said 20.00
8  foot strip of land bears South 89° 55' East 638.55 feet; thence along the South
9  boundary of said 20.00 foot strip of land (1) North 89° 55' East 212.85 feet; thence
10 leaving said last named land (2) South 16 ° 0' East 233.65 feet; thence (3) South 89°
11 55' West 212.85 feet; thence (4) North 16° 0' West 233.65 feet to the point of
12 beginning.

14 Assessor's Parcel Number: 050-291-05
15                      **END OF ORDER**

# COURT SERVICE LIST

Vincent Liu
c/o Jeffrey P. Widman, Esq.
Law Offices of Jeffrey P. Widman
101 Race Street, Suite 100
San Jose, CA 95126

Vincent Liu
Black Stallion Investment, LLC
530 Showers Drive, Suite 7-177
Mountain View, CA 94040

Agent for Service of Process for
Black Stallion Investment, LLC
Vincent Chong
2051 Junction Ave #212
San Jose, CA 94024

The rest of the participants are ECF filers.